UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 418-106 |
| RHEANNA L. MCGUFFEY ) | |
| ) | |
| Defendant ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 29th day of October, 2018.

HON. J. E. GRAHAM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA